1  **J. PAUL MOORHEAD, State Bar #240029**
   Email: moorhead@luch.com
2  **LAQUER, URBAN, CLIFFORD & HODGE LLP**
   225 South Lake Avenue, Suite 200
3  Pasadena, California 91101-3030
   Tel: (626) 449-1882; Fax: (626) 449-1958
4  Attorneys for Plaintiffs, Trustees of the Southern California
   Pipe Trades Health and Welfare Trust Fund, et al.
5

6  **NICOLAS W. SPIGNER, State Bar #**
   Email: attorneyspigner@amerilawyer.com
7  **SPIEGEL & UTRERA, P.C.**
   8939 South Sepulveda Blvd., Suite 400
8  Los Angeles, California 90045
   Tel: (800) 603-3900, ext 207; Fax: (800) 520-7800
9  Attorneys for Defendants, Better Way Plumbing & Repairs, Inc.,
   Pierre R. Williams, and Andre L. Williams

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> BETTER WAY PLUMBING & REPAIRS, INC., a California corporation; PIERRE R. WILLIAMS, an individual; ANDRE L. WILLIAMS, an individual, <br><br> Defendants. | Case No. 2:20-cv-04069-MRW <br><br> **STIPULATION FOR ENTRY OF JUDGMENT** |
|---|---|

IT IS HEREBY STIPULATED AND AGREED, by and amount Plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the

Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, Trustees of the International Training Fund (collectively the "Trust"), and Defendants, Better Way Plumbing & Repairs, Inc. ("Better Way Plumbing"), Pierre R. Williams ("Pierre Williams"), and Andre L. Williams ("Andre Williams"), by and through their respective counsel of record, that subject to the approval of the Court:

1. With regard to the claims raised by the Trusts in the within lawsuit, Better Way Plumbing, Pierre Williams, and Andre Williams are jointly and severally liable to the Trusts for the principal amount of $72,693.71.

2. Judgment shall be entered in favor of the Trusts, and against Better Way Plumbing, Pierre Williams, and Andre Williams, jointly and severally, for the amount of $72,693.71, plus pre-judgment and post-judgment interest calculated at 8% per annum from May 12, 2020, until paid in full, in the form attached hereto as Exhibit A.

**IT IS SO STIPULATED**

Dated: May 27, 2020

LAQUER, URBAN, CLIFFORD & HODGE LLP
By: _____
J. Paul Moorhead, Counsel for Plaintiffs,
Trustees of the Southern California Pipe Trades
Health and Welfare Trust Fund, et. al.

Dated: May 26, 2020

SPIEGEL & UTRERA, P.C.
By: _____
Nicolas W. Spigner, Counsel for Defendants,
Better Way Plumbing & Repairs, Inc.,
Pierre R. Williams, and Andre L. Williams

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On May 27, 2020, I served the foregoing document(s) described below:

## STIPULATION FOR ENTRY OF JUDGMENT

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

Nicolas W. Spigner, Esq.                    *Attorney for Defendants*
Spiegel & Utrera, P.C.
8939 South Sepulveda Blvd., Suite 400
Los Angeles, California 90045

Email: attorneyspigner@amerilawyer.com

XXX (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

XXX (BY E-MAIL) I caused a true and complete copy of the document described above to be transmitted by e-mail to the e-mail address set forth below the name(s) of the person(s) set forth above.

____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on May 27, 2020, at Pasadena, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

*/s/ Cheryl Roberts*
Cheryl Roberts