# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-4069 MRW | Date | May 27, 2020 |
|---|---|---|---|
| Title | Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund et al v. Better Way Plumbing and Repairs, Inc. et al | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**     **(IN CHAMBERS) ORDER RE: PROOF OF SERVICE**

The Court reviewed Plaintiff's proof of service. (Docket # 8-10.) The previous order is DISCHARGED with no further consequence.