**J. PAUL MOORHEAD, State Bar #240029**
   Email: moorhead@luch.com
**LAQUER, URBAN, CLIFFORD & HODGE LLP**
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Southern
California Pipe Trades Health and Welfare Trust Fund, et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, <br><br> Plaintiffs, <br><br> v. <br><br> BETTER WAY PLUMBING & REPAIRS, INC., a California corporation; PIERRE R. WILLIAMS, an individual; ANDRE L. WILLIAMS, an individual, <br><br> Defendants. | Case No. 2-20-cv-04069-MRW <br><br> **FULL SATISFACTION OF JUDGMENT** |

Judgment Creditors, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund, hereby acknowledge full satisfaction of the Judgment entered in the above-entitled action on May 27, 2020, in favor of the Judgment Creditors, whose address is 501 Shatto Place, 5th Floor, Los Angeles, CA 90020, and against Judgment Debtors, Better Way Plumbing & Repairs, Inc., Pierre R. Williams, and Andre L. Williams, jointly and severally, whose last known address is 4050 West Boulevard, Suite A, Los Angeles, CA 90008.  Said Judgment has been paid to the satisfaction of the Judgment Creditors.  The Clerk of the above-entitled Court is hereby authorized and requested to enter full satisfaction of said Judgment.

Date: April 28, 2021            LAQUER, URBAN, CLIFFORD & HODGE LLP

By: */s/ - J. Paul Moorhead*
J. Paul Moorhead, Counsel for Plaintiffs, Trustees
of the Southern California Pipe Trades Health and
Welfare Trust Fund, et al.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18, and not a party to the within action.  My business address is:  225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On April 28, 2021, I served the foregoing document(s) described below:

### **FULL SATISFACTION OF JUDGMENT**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

Better Way Plumbing & Repairs Inc.
Attn: Pierre Williams and Andre Williams
4050 West Blvd., Suite A
Los Angeles, CA 90008

E-Mail:
prwilliams@bwmechanicalplumbing.com

Spiegel & Utrera, P.C.
Attn: Nicolas W. Spigner
8939 South Sepulveda Blvd.
Suite 400
Los Angeles, CA 90045

E-Mail:
attorneyspigner@amerilawyer.com

XXX (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

XXX (BY E-MAIL) I caused a true and complete copy of the document described above to be transmitted by e-mail to the e-mail address set forth below the name(s) of the person(s) set forth above.

____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on April 28, 2021, at Pasadena, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

*/s/ Cheryl Roberts*
Cheryl Roberts

PROOF OF SERVICE

1544413